In the Matter of INTERNATIONAL SUPERPOWER CORPORATION et al., Respondents.

EMPIRE POWER CORPORATION, Appellant.

(Argued January 9, 1933; decided January 24, 1933.)

*Stephen Callaghan* for appellant.

*Manfred W. Ehrich, Alfred J. Jaretski, Jr.,* and *Benjamin M. Robinson* for respondents.

Order affirmed, with costs; and question certified answered in the affirmative. No opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.